IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:15cr43 |
| | ) | |
| IBRAHIM IBRAHIM ABDULLAH, | ) | |
| | ) | |

NOTICE OF SATISFACTION OF FORFEITURE OBLIGATION

On May 1, 2015, defendant Ibrahim Ibrahim Abdullah pled guilty to structuring currency transactions, in violation of Title 31, United States Code, Section 5324 (ECF 23). On May 21, 2015, this Court entered a Consent Order of Forfeiture, providing for a forfeiture money judgment of at least $200,000. (ECF 27). At sentencing, on August 7, 2016, the Court directed the defendant to pay a fine in the amount of $200,000 if a forfeiture money judgement was not paid first. (ECF 34).

This pleading constitutes notification that the forfeiture money judgment has been satisfied. As a result, no fine (based on non-payment of the forfeiture money judgment) remains outstanding.

    Respectfully submitted,

    Dana J. Boente
    United States Attorney

By:         /s/
    Gordon D. Kromberg
    Assistant United States Attorney
    Virginia Bar No. 33676
    Attorney for the United States
    2100 Jamieson Avenue
    Alexandria, VA 22314
    (703) 299-3700
    (703) 837.8242 (fax)
    gordon.kromberg@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November 2016, I electronically filed the foregoing NOTICE OF SATISFACTION OF FORFEITURE OBLIGATION with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/
Gordon D. Kromberg
Assistant United States Attorney